Harry B. MALPUSS, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 9337.

Circuit Court of Appeals, Fifth Circuit.

March 13, 1940.

No appearance was entered for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and Jas. T. Manning, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MISSOURI–ARKANSAS COACH LINES, Inc.

No. 466.

Circuit Court of Appeals, Eighth Circuit.

Jan. 31, 1940.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

William L. Vandeventer, of Springfield, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, pursuant to stipuiation.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. MISSOURI-ARKANSAS COACH LINES, Inc.

No. 467.

Circuit Court of Appeals, Eighth Circuit.

Jan. 31, 1940.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

William L. Vandeventer, of Springfield, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, pursuant to stipulation.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. UNION STOCK YARDS COMPANY.

No. 468, Orig.

Circuit Court of Appeals, Eighth Circuit.

Feb. 9, 1940.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Roscoe C. Patterson and Fred A. Moon, both of Springfield, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, pursuant to stipulation.